**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE: ) | |
| PARSONS, JEFFREY A. ) | |
| ) | |
| Debtor(s) ) | Case no. 12-72023 |
| ) | |
| ) | |
| ) | |

**TRUSTEE'S MOTION FOR TURNOVER**

CHARLES E. COVEY, Trustee herein, for his Motion for Turnover pursuant to 11 U.S.C. 542(a), states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and 28 U.S.C. 157(b)(2)(E). The above-entitled chapter 7 bankruptcy case pending in the United States Bankruptcy Court, Central District of Illinois, Peoria Division.

2. Jeffrey A. Parsons ("Debtor") filed a Chapter 7 bankruptcy petition herein on 9/10/12. Charles E. Covey is the duly appointed, qualified and acting chapter 7 trustee.

3. Upon information and belief, Debtor is in possession of the following personal property which was listed in Schedule B:

   a. furniture and contents formerly located at 4700 White Deer Ct., Springfield, IL.
   b. Abraham Lincoln memorabilia formerly located at 4700 White Deer Ct., Springfield, IL
   c. Antique tin windup toys formerly located at 4700 White Deer Ct., Springfield, IL

4. Debtor recently moved to 2873 Carrera Court, League City, TX 77573 and took all of the above property with him without notifying Movant.

5. Debtor may be in possession of other property of this estate or may have disposed of property of this estate.

6. The above property constitutes property of this estate which the Trustee may sell for the benefit of unsecured creditors.

WHEREFORE, the Trustee prays that this Court enter an Order requiring Debtor to:

(A) deliver the above-described property, and all other property of this estate in Debtor's possession, to the Trustee;

(B) account to the Trustee for any property of this estate which Debtor has disposed of, and pay the Trustee the fair market value thereof; and

(C) grant the Trustee such other relief as is just and equitable.

CHARLES E. COVEY, TRUSTEE

By:/s/ Andrew W. Covey
His Attorney

## Certificate of Service

The undersigned certifies that on January 9, 2014, the above document was filed electronically with this Court, and that a copy was served electronically upon the following:

Donald C. Craven
Joseph A. Duesterhaus
Brian David Jones
Michael J. Logan
Gail Linn Noll
Douglas J. Quivey
Avrum Mark Rabin
Jeffrey D. Richardson
Timothy E. Ruppel
Stephen A. Tagge
U.S. Trustee
H. Allen Yow

In addition, on said date a copy was mailed by first class mail, postage prepaid to the following:

Jeffrey A. Parsons
256 S. Durkin Dr.
Springfield, IL 62704

Jeffrey A. Parsons
2873 Carrera Court
League City, TX 77573

/s/ Andrew W. Covey

*Andrew W. Covey*
*Attorney for Trustee*
*416 Main Street  Ste. 700*
*Peoria, IL  61602*
*(309) 674-8125*
*#6183817*